UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARRY COBB | * | CIVIL ACTION 2:17-cv-01430 |
| | * | |
| versus | * | Judge Nannette Jolivette Brown |
| | * | |
| ILLINOIS CENTRAL RAILROAD | * | |
| | * | Mag. Daniel E. Knowles, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT ILLINOIS CENTRAL RAILROAD COMPANY'S**
**<u>RULE 7.1 *F.R.CIV.P.* CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure* defendant Illinois Central Railroad Company (IC) represents:

1.

IC is a corporation, a common carrier by railroad, incorporated under the laws of and maintaining its principal place of business in the State of Illinois.

2.

IC's correct and complete name is "Illinois Central Railroad Company."

3.

IC is an indirectly owned subsidiary of Canadian National Railway Company, a publicly traded Canadian corporation; Canadian National Railway Company owns all the capital stock of North American Railways, Inc. (formerly known as GTC Holding Company), which in turn owns all the capital stock of Grand Trunk Corporation, which in turn owns all the capital stock of CN Financial Services VIII LLC, which in turn owns all of the capital stock of Illinois Central Corporation, which in turn owns all of the capital stock of defendant IC.

4.

Neither North American Railways, Inc. (formerly known as GTC Holding Company), Grand Trunk Corporation, CN Financial Services VIII LLC, Illinois Central Corporation nor IC are publicly traded companies.

Respectfully submitted,
/s/ Bradley R. Belsome

Bradley R. Belsome
LA Bar No. 27958
bbelsome@bradleyfirm.com
BRADLEY MURCHISON KELLY & SHEA LLC
1100 Poydras, Suite 2700
New Orleans, LA 70163
Telephone: 504.596-6300
Facsimile: 504.596.6301

ATTORNEY FOR DEFENDANT
ILLINOIS CENTRAL RAILROAD CO.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2017, I served a true and correct copy of the foregoing Rule 7.1 Disclosure via the Court's CM/ECF System, email and certified mail, return receipt requested, upon the following counsel of record for plaintiff Barry Cobb:

Morris W. Reed
4919 Canal Street, Suite 304
New Orleans, LA 70119

/s/ Bradley R. Belsome

Firmwide:145702421.1 046769.1299
2/7/17