**KNOWLES, M.J.**
**MARCH 8, 2017**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BARRY COBB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1430** |
| **ILLINOIS CENTRAL RAILROAD COMPANY** | **SECTION "G" (3)** |

A preliminary conference in the above matter is hereby **SCHEDULED** for **THURSDAY, MARCH 30, 2017, at 9:15 A.M.** before Magistrate Daniel E. Knowles, III, Room B335, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. **Counsel** (or the parties if unrepresented by counsel) **may participate in the preliminary conference via telephone if they so desire by notifying the Magistrate's office prior to the scheduled conference at (504) 589-7575**.

No later than March 23, 2017, counsel (or the parties if unrepresented by counsel) **shall notify the undersigned**, in writing, by facsimile at (504) 589-4500, as to whether or not they are willing to proceed to trial before the Magistrate Judge pursuant to 28 U.S.C. §636 (c).

Daniel E. Knowles, III

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**